IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DUSTIN CLOVER, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 07-691 |
| | ) |
| PHILIP ROYSTER, MICHAEL HOPKINS, and | ) |
| JAMES BUTLER, | ) |
| | ) |
| Defendants. | ) |

COMPLAINT AND DEMAND FOR JURY TRIAL

NOW COMES the Plaintiff, Dustin Clover, by and through his attorney, Richard J. Whitney, and for his Complaint against Defendants Philip Royster, Michael Hopkins and James Butler, all sued in their individual capacities, states:

JURISDICTION AND VENUE

This Complaint is brought pursuant to 42 U.S.C. §§ 1983 and 1988, and the Fourth and Fourteenth Amendments to the United States Constitution. Jurisdiction is founded on 28 U.S.C. §§ 1331 and 1343(3) and the aforementioned statutory and constitutional provisions. Venue is appropriate in this district pursuant to 28 U.S.C. § 1391(b)(2) and (c).

PARTIES

1. Plaintiff Dustin Clover is a citizen of the United States and resident of the State of Illinois.

2. At all relevant times hereto, Defendant Philip Royster was acting under color of state law in his capacity as a police officer of the Murphysboro, Illinois, police department.

3. At all relevant times hereto, Defendant Michael Hopkins was acting under color of state law in his capacity as a police officer of the Murphysboro, Illinois, police department.

1

4. At all relevant times hereto, Defendant James Butler was acting under color of state law in his capacity as a police officer of the Murphysboro, Illinois, police department.

FACTUAL ALLEGATIONS

5. On October 8, 2005, at approximately 12:58 a.m., Defendants, while on duty as officers of the Murphsyboro Police Department, received a dispatch call reporting subjects with a gun. All three Defendants responded to the call and traveled to the 200 block of North 8th Street, in Murphysboro, Illinois.

6. In the course of pursuing the person or persons with a gun, Defendants were advised by another dispatch call that a suspect had entered premises located at 233 North 8th Street, in Murphysboro, Illinois.

7. Defendants subsequently observed Plaintiff emerging from around the corner of a residence, located at or near 223 or 233 North 8th Street in Murphysboro. Plaintiff did have a firearm in his possession at that time.

8. At that time and place, Defendant Royster, along with a Jackson County Deputy, tackled Plaintiff to the ground. Plaintiff fell face down on the ground and was quickly subdued. Defendants Hopkins and Butler quickly converged on Plaintiff as well.

9. Plaintiff was quickly handcuffed by the officers and the firearm removed from his hand, within a few seconds after being taken to the ground.

10. Despite having disarmed and handcuffed Plaintiff, Defendants, and each of them, without cause or justification, proceeded to batter Plaintiff, while he remained handcuffed and on the ground, striking him repeatedly with their fists, kicking him and beating him with their flashlights and/or pistols.

2

11. As a direct and proximate consequence of the unjustified battery by Defendants described herein, Plaintiff received serious physical injuries, including multiple contusions about his head and face, a severe laceration over his left eyebrow, a laceration under his chin and other contusions and bruising on his body.

12. As a further direct and proximate consequence of the unjustified battery by Defendants described herein, Plaintiff experienced pain and suffering, humiliation and severe emotional distress, as well as medical expenses necessitated by his injuries.

INCORPORATION OF ALLEGATIONS

13. All of the allegations in each of the foregoing paragraphs are incorporated by reference into each of the following claims for relief as if fully set forth in each such claim.

FIRST CAUSE OF ACTION

PLAINTIFF'S CLAIM AGAINST DEFENDANT PHILIP ROYSTER

14. The hereinbefore described actions, engaged in under color of state law by Defendant Philip Royster against Plaintiff Dustin Clover, deprived Plaintiff of his rights secured to him under the Fourth and Fourteenth Amendments to the Constitution of the United States, to be free from unreasonable searches and seizures, including the right to be free from the excessive use of force applied in the course of effecting an arrest or detention.

15. In committing the aforesaid acts, Defendant Royster deliberately intended to violate, and/or acted with utter indifference to, or conscious disregard for, Plaintiff's Fourth and Fourteenth Amendment rights to be free from the excessive use of force applied in the course of effecting an arrest or detention.

WHEREFORE, Plaintiff Dustin Clover prays that judgment be entered in his favor and

against Defendant Royster and that he be awarded:

A. Compensatory damages in an amount to be determined at trial against Defendant Royster for the matters alleged in this Complaint;

B. Punitive damages in an amount to be determined at trial against Defendant Royster;

C. Costs of suit incurred;

D. Reasonable attorney's fees; and

E. Such other and further relief as the Court may deem proper.

## SECOND CAUSE OF ACTION

### PLAINTIFF'S CLAIMS AGAINST DEFENDANT MICHAEL HOPKINS

16. The hereinbefore described actions, engaged in under color of state law by Defendant Michael Hopkins against Plaintiff Dustin Clover, deprived Plaintiff of his rights secured to him under the Fourth and Fourteenth Amendments to the Constitution of the United States, to be free from unreasonable searches and seizures, including the right to be free from the excessive use of force applied in the course of effecting an arrest or detention.

17. In committing the aforesaid acts, Defendant Hopkins deliberately intended to violate, and/or acted with utter indifference to, or conscious disregard for, Plaintiff's Fourth and Fourteenth Amendment rights to be free from the excessive use of force applied in the course of effecting an arrest or detention.

WHEREFORE, Plaintiff Dustin Clover prays that judgment be entered in his favor and against Defendant Hopkins and that he be awarded:

A. Compensatory damages in an amount to be determined at trial against Defendant Hopkins for the matters alleged in this Complaint;

B. Punitive damages in an amount to be determined at trial against Defendant Hopkins;

C. Costs of suit incurred;

D. Reasonable attorney's fees; and

E. Such other and further relief as the Court may deem proper.

THIRD CAUSE OF ACTION

PLAINTIFF'S CLAIMS AGAINST DEFENDANT JAMES BUTLER

18. The hereinbefore described actions, engaged in under color of state law by Defendant James Butler against Plaintiff Dustin Clover, deprived Plaintiff of his rights secured to him under the Fourth and Fourteenth Amendments to the Constitution of the United States, to be free from unreasonable searches and seizures, including the right to be free from the excessive use of force applied in the course of effecting an arrest or detention.

19. In committing the aforesaid acts, Defendant Butler deliberately intended to violate, and/or acted with utter indifference to, or conscious disregard for, Plaintiff's Fourth and Fourteenth Amendment rights to be free from the excessive use of force applied in the course of effecting an arrest or detention.

WHEREFORE, Plaintiff Dustin Clover prays that judgment be entered in his favor and against Defendant Butler and that he be awarded:

A. Compensatory damages in an amount to be determined at trial against Defendant Butler for the matters alleged in this Complaint;

B. Punitive damages in an amount to be determined at trial against Defendant Butler;

C. Costs of suit incurred;

D. Reasonable attorney's fees; and

5

E. Such other and further relief as the Court may deem proper.

Plaintiff further demands trial by jury.

                                                   DUSTIN CLOVER, PLAINTIFF

Dated: October 1, 2007                             By: s/ Richard J. Whitney
                                                   Richard J. Whitney,
                                                   Attorney for Plaintiff

Richard J. Whitney
ARDC# 06238355
Speir & Whitney
Milwood Executive Suites
3200 Fishback Rd.
Carbondale, IL 62901
Telephone: (618)549-5159